Bureau of Employment Security, 165 North Canal Street, Chicago, Illinois (Project Number 71-8500-7E, award number 71352 dated March 5, 1971.

IT IS FURTHER DETERMINED AND DECLARED that this claim be paid from the appropriate federal funds available to the Respondent.

(No. 73-CC-461—Claimant 

DANNY N. MICHEL, SHERIFF, FAYETTE COUNTY, ILLINOIS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed June 5, 1974.*

DANNY N. MICHEL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-168—Claimant 

MEMORIAL HOSPITAL OF SPRINGFIELD, ILLINOIS, An Illinois Not-For-Profit Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed June 5, 1974.*

BROWN, HAY & STEPHENS, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-169—Claimant )

MEMORIAL HOSPITAL OF SPRINGFIELD, ILLINOIS, An Illinois Not-For-Profit Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed June 5, 1974.*

BROWN, HAY & STEPHENS, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-172—Claimant )

MEMORIAL HOSPITAL OF SPRINGFIELD, ILLINOIS, An Illinois Not-For-Profit Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed June 5, 1974.*

BROWN, HAY & STEPHENS, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.